UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGY & ENVIRONMENT LEGAL INSTITUTE, *et al.*, | ) ) ) ) |
| PLAINTIFFS, | ) ) ) |
| v. | ) ) ) |
| U.S. SECURITIES AND EXCHANGE COMMISSION | ) ) ) ) ) |
| DEFENDANT. | ) ) ) |

Civ. No. 15-cv-0217 (KBJ)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs, Energy & Environment Legal Institute and Free Market Environmental Law Clinic, and Defendant, U.S. Securities and Exchange Commission hereby stipulate pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii) that this action is dismissed with prejudice.   The parties will bear their own fees, costs and attorneys' fees, except as provided in the settlement agreement executed by the parties.

Respectfully submitted this July 24, 2015.

\_\_\_\_\_/s_____
Christopher C. Horner
D.C. Bar No. 440107
1489 Kinross Lane
Keswick, VA 22947
(202) 262-4458
CHornerLaw@aol.com
*Attorney for Plaintiffs*

MARK TALLARICO
Senior Counsel
PA Bar # 88324

MELINDA HARDY
Assistant General Counsel
D.C. Bar # 431906

\_\_\_\_\_/s_____
Mark Tallarico
U.S. Securities and Exchange Commission

100 F Street, N.E.  
Washington, D.C. 20549-9612  
Telephone: (202) 551-5132  
Facsimile: (202) 772-9263  
*Attorneys for Defendant*